

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00802-CR

Michael Scott **QUINN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6620A
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 21, 2018.

_____
Luz Elena D. Chapa, Justice